UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-80463-MIDDLEBROOKS/BRANNON

JANET HOYT,

    Plaintiff,

vs.

ALFRED ANGELO NEWCO, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties hereby advise the Court that they have settled the matter. The Parties anticipate that, within the next ten days, they will have signed the Settlement and Release Agreement, which will resolve all claims in this action. Upon execution of the Settlement and Release Agreement, the Parties will file a Joint Stipulation of Voluntary Dismissal with Prejudice.

Respectfully submitted this 7th day of June, 2017.

| | |
|---|---|
| **WEISS LAW GROUP, P.A.** | **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 5531 N. University Drive | 200 East Las Olas Boulevard |
| Suite 103 | 21st Floor (PH-A) |
| Coral Springs, FL 33067 | Fort Lauderdale, FL 33301 |
| Tel: (954) 573-2800 | Tel: (954) 462-9500 |
| | |
| BY: */s/Jason S. Weiss* | BY: */s/Glenn M. Rissman* |
|     Jason S. Weiss |     Glenn M. Rissman |
|     Jason@jswlawyer.com |     grissman@stearnsweaver.com |
|     Florida Bar No. 356890 |     Florida Bar No. 899526 |
|     Zachary W. Smith | |
|     zach@jswlawyer.com | |
|     Florida Bar No. 112743 | |