UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-80463-MIDDLEBROOKS/BRANNON

JANET HOYT,

      Plaintiff,

vs.

ALFRED ANGELO NEWCO, INC.,

      Defendant.

_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Janet Hoyt, and Defendant, Alfred Angelo Newco, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendant, with each party to bear its own fees, costs, and expenses.

Undersigned counsel for Defendant hereby certifies that Plaintiff's counsel has expressly authorized undersigned counsel for Defendant to file the instant Joint Stipulation of Dismissal with Prejudice bearing his electronic signature.

Dated: June 21, 2017.

| | |
|---|---|
| **WEISS LAW GROUP, P.A.** | **STEARNS WEAVER MILLER WEISSLER** |
| *Attorneys for Plaintiff* | **ALHADEFF & SITTERSON, P.A.** |
| 5531 N. University Drive, Suite 103 | *Attorneys for Defendant* |
| Coral Springs, FL 33067 | 200 East Las Olas Boulevard |
| Tel: (954) 573-2800 | 21st Floor (PH-A) |
| | Fort Lauderdale, FL 33301 |
| | Tel: (954) 462-9500 |
| BY: /s/Jason W. Weiss | |
| Jason S. Weiss | BY: /s/Glenn M. Rissman |
| Jason@jswlawyer.com | Glenn M. Rissman |
| Florida Bar No. 356890 | grissman@stearnsweaver.com |
| Zachary W. Smith | Florida Bar No. 899526 |
| zach@jswlawyer.com | |
| Florida Bar No. 112743 | |